570 A.2d 980

STATE OF NEW JERSEY v. LOUIS PISCOPO.

November 13, 1989.

Petition for certification denied.

570 A.2d 980

STATE OF NEW JERSEY v. GERMAN ZHITLOVSKY.

November 13, 1989.

Petition for certification denied.

570 A.2d 980

STATE OF NEW JERSEY v. ELMER BROWN.

November 13, 1989.

Petition for certification denied.

570 A.2d 980

DREW ASSOCIATES OF NEW JERSEY, L.P., ETC. v. RANIERO TRAVISANO, CLERK OF MIDDLESEX COUNTY AND NEW JERSEY DEPARTMENT OF COMMUNITY AFFAIRS.

November 13, 1989.

Petition for certification granted. (See 235 *N.J.Super.* 194, 561 *A.*2d 1177)